IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: May 4, 2012 |
| Court Reporter: Gwen Daniel | Probation: Gary L. Burney |
| | Interpreter: Susana Cahill |

_____

Criminal Action No. 11-cr-00505-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Mark Barrett

    Plaintiff,

v.

JORGE FRIAS-MEDINA,                          Edward Pluss

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

09:22 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

The Court addresses the defendant's objection set forth in the Objection to Presentence Investigation Report [ECF No. 17]

Mr. Pluss' comments

1

Mr. Pluss agrees that their objection has been remedied in the final draft of the Presentence Investigation Report.

**ORDERED: The defendant's objection [ECF No.17] is OVERRULED AS MOOT.**

Sentencing Statement by Mr. Barrett

Sentencing Statement by Mr. Pluss

Court's comments

The defense does not object to [ECF No. 22]

**ORDERED: The Government's Motion For Downward Variance [ECF No. 22] is GRANTED.**

**ORDERED: The Defendant's Request For Variance In Guideline [ECF No. 18] is GRANTED.**

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the Judgment of this Court that the defendant, Jose Frias Medina, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court finds that the defendant does not have the ability to pay a fine, and the fine is waived**.

Defendant advised of his right to appeal in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

09:46 a.m.   Court in Recess
             Hearing concluded
             Time: 23 minutes